Tyler Batcheller & another *vs.* Daniel R. Pratt & another.

A writ of entry by a second mortgagee will not lie against a tenant of a prior mortgagee, who has taken possession for condition broken.

Writ of entry on a mortgage of land described in the writ. The tenants were in possession of the premises under prior mortgagees of the same premises, from the same mortgagor. Possession had been taken on the prior mortgages, in March and April, 1849, for breach of condition, and the tenants paid rent to said prior mortgagees. The demandants never had been in possession. The case was submitted to the court of common pleas, and by appeal to this court, on a statement of facts, of which the foregoing are the most material.

*S. B. I. Goddard*, for the demandants.

*W. S. Barton*, for the tenants.

By the Court. By the facts stated in this case, it appears that at the date of the demandants' writ, the tenants were occupying the premises, as tenants of two mortgagees, who had taken possession of the estate for condition broken, under two mortgages, prior in date to that under which the demandants claim in their writ. The tenants were therefore in, under a title paramount to that of the demandants; and the latter, when they commenced their action, and since, to the present time, have had no right to recover possession of the premises, as against the tenants. *Judgment for the tenants.*